**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DEBBIE FULLER                                                                                          PLAINTIFF

v.                                            No. 4:03CV00887 JLH

RICHARD S. FISHER, Individually and In His
Official Capacity as a Deputy Sheriff of
Perry County, Arkansas                                                                          DEFENDANT

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the motion to dismiss filed by plaintiff and defendant, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 25th day of April, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE